**SO ORDERED.**

**SIGNED this 21st day of May, 2013.**



_____
Robert E. Nugent
United States Chief Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

*Electronically Filed*

In re: EDWINA FAYE CLAIBOURN ) Case no. 09-13886-13
) Chapter 13
Debtor(s) )

### AGREED ORDER OVERRULING TRUSTEE'S MOTION TO DISMISS
### FOR FAILURE TO MAKE PLAN PAYMENTS

NOW, on May 14, 2013, this case came before the Court on the Trustee's Motion to Dismiss for Failure to Make Plan Payments. Notice has been given as required by the Federal Rules of Bankruptcy Procedure. The Trustee appears in person or by counsel, and the Debtor(s) appear by counsel, James P Rupper.

The parties advise the Court of the following settlement of the Trustee's Motion.

1. Through May 2013, the Debtor paid $6,226.50 under the Plan, but a delinquency still exists. To cure the delinquency, the monthly plan payment shall resume at $169.00, commencing with the June 2013 plan payment, for the remaining 13 months of the plan, until $8,261.00 is paid under the plan;

2. Payments to secured, priority and administrative creditors, if applicable, shall be paid in such amounts as are necessary to pay their claims in full within the remaining life of the plan; and,

OAGREED-MTD.DOC/DOC GEN/JED/5/15/2013

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
In Re: Chapter 13, Case No. 09-13886-13
EDWINA FAYE CLAIBOURN
May 15, 2013
Page 2
AGREED ORDER ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

IT IS THEREFORE ORDERED, upon the above agreed terms, the Trustee's Motion to Dismiss for Failure to Make Plan Payments is hereby overruled.

IT IS SO ORDERED.

# # #

Submitted:

*s/Laurie B. Williams*
Laurie B. Williams, S. Ct. #12868
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2916
(316) 267-1791


*s/ James P. Rupper*
James P Rupper, S. Ct. #20625
Attorney for Debtor(s)
727 N Waco Ave #560
Wichita, Ks 67203
(316)265-7272